**WM ORGANIC GROWTH, INC.,**
**Plaintiff–Appellee,**

v.

**A–HARMONY NV, LLC and Thomas Harmon, Defendants–Appellants.**

No. 2010–1434.

United States Court of Appeals,
Federal Circuit.

Feb. 24, 2011.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).